## EXHIBIT A

**Lauryn Hill for Honey Mag. by Jonathan Mannion
(https://www.jonathanmannion.com/portfolio#/icons/)**

**as accessed on Aug 14, 2024**

