# **EXHIBIT B**

*Lauryn Hill for Honey Mag.*

**Type of Work:** Visual Material
**Registration Number / Date:** VAu001318950 / 2017-08-16
**Application Title:** Lauryn Hill for Honey Mag.
**Title:** Lauryn Hill for Honey Mag.
**Description:** Electronic file (eService)
**Copyright Claimant:** Jonathan Mannion. Address: 312 E 23rd St, New York, NY, 10010, United States.
**Date of Creation:** 1998
**Authorship on Application:** Jonathan Mannion; Citizenship: United States. Authorship: photograph.
**Rights and Permissions:** Jonathan Mannion Photography, 312 East 23rd Street, New York, NY, 10010
**Copyright Note:** Basis for Registration: Unpublished collection
**Names:** Mannion, Jonathan