**EXHIBIT C**



Custom Jordan 5 Olive Unisex Varsity Jacket, Lauryn Hill 90s, Varsity Jacket To Match Sneaker

By PrintsFashions

Status: This listing is inactive and not shown on Etsy right now

USD 18.99



Custom AJ 3 Cement Grey Unisex Varsity Jacket, Lauryn Hill Cartoon, Varsity Jacket To Match Sneaker

By PrintsFashions

Status: This listing is inactive and not shown on Etsy right now

USD 18.99



Custom AJ 3 Nina CN Abney Unisex Varsity Jacket, Lauryn Hill Cartoon, Varsity Jacket To Match Sneaker

By PrintsFashions

Status: This listing is inactive and not shown on Etsy right now

USD 18.99



Custom AJ 5 SE Sail Unisex Varsity Jacket, Lauryn Hill Cartoon, Varsity Jacket To Match Sneaker

By PrintsFashions

Status: This listing is inactive and not shown on Etsy right now

USD 18.99



Custom Jordan 3 Green Glow Unisex Varsity Jacket, Lauryn Hill Cartoon, Varsity Jacket To Match Sneaker

By PrintsFashions

Status: This listing is inactive and not shown on Etsy right now

USD 18.99

9



### Custom Jordan 5 Olive Unisex Varsity Jacket, Lauryn Hill Cartoon, Varsity Jacket To Match Sneaker

By PrintsFashions                                          USD
Status: This listing is inactive and not shown on Etsy    18.99
right now



### Custom AJ 4 Industrial Blue Unisex Varsity Jacket, Lauryn Hill Cartoon, Varsity Jacket To Match Sneaker

By PrintsFashions                                          USD
Status: This listing is inactive and not shown on Etsy    18.99
right now



### Custom AJ 4 Orchid Neutral Grey Black White Unisex Varsity Jacket, Lauryn Hill Cartoon, Varsity Jacket To Match Sneaker

By PrintsFashions                                          USD
Status: This listing is inactive and not shown on Etsy    18.99
right now



### Custom AJ 3 Black Violet Ore Unisex Varsity Jacket, Lauryn Hill Cartoon, Varsity Jacket To Match Sneaker

By PrintsFashions                                          USD
Status: This listing is inactive and not shown on Etsy    18.99
right now



### Custom AJ 13 Dune Red Unisex Varsity Jacket, Lauryn Hill Cartoon, Varsity Jacket To Match Sneaker

By PrintsFashions                                          USD
Status: This listing is inactive and not shown on Etsy    18.99
right now



**Custom Dunk Low Ceramic Unisex Varsity Jacket, Lauryn Hill Cartoon, Varsity Jacket To Match Sneaker**

By PrintsFashions                                    USD
Status: This listing is inactive and not shown on Etsy    18.99
right now



**Custom Dunk Low Baroque Brown Unisex Varsity Jacket, Lauryn Hill Cartoon, Varsity Jacket To Match Sneaker**

By PrintsFashions                                    USD
Status: This listing is inactive and not shown on Etsy    18.99
right now



**Custom Dunk Low Glacier Blue Arctic Orange Unisex Varsity Jacket, Lauryn Hill Cartoon, Varsity Jacket To Match Sneaker**

By PrintsFashions                                    USD
Status: This listing is inactive and not shown on Etsy    18.99
right now



**Custom AJ 1 High White Team Red Unisex Varsity Jacket, Lauryn Hill 90s, Varsity Jacket To Match Sneaker**

By PrintsFashions                                    USD
Status: This listing is inactive and not shown on Etsy    18.99
right now



**Custom AJ 13 Dune Red Unisex Varsity Jacket, Lauryn Hill 90s, Varsity Jacket To Match Sneaker**

By PrintsFashions                                    USD
Status: This listing is inactive and not shown on Etsy    18.99
right now



### Custom AJ 1 Mid Diffused Blue Grey Unisex Varsity Jacket, Lauryn Hill 90s, Varsity Jacket To Match Sneaker

By PrintsFashions                                    USD
Status: This listing is inactive and not shown on Etsy    18.99
right now



### Custom AJ 11 Low Legend Pink Unisex Varsity Jacket, Lauryn Hill 90s, Varsity Jacket To Match Sneaker

By PrintsFashions                                    USD
Status: This listing is inactive and not shown on Etsy    18.99
right now



### Custom AJ 12 Wolf Grey Unisex Varsity Jacket, Lauryn Hill 90s, Varsity Jacket To Match Sneaker

By PrintsFashions                                    USD
Status: This listing is inactive and not shown on Etsy    18.99
right now



### Custom Dunk Low Knicks Unisex Varsity Jacket, Lauryn Hill 90s, Varsity Jacket To Match Sneaker

By PrintsFashions                                    USD
Status: This listing is inactive and not shown on Etsy    18.99
right now



### Lauryn Hill Cartoon Unisex Color Shirt To Match AJ 4 Vivid Sulfur, Shirt In Gold To Match Sneaker

By PrintsFashions                                    USD
Status: This listing is inactive and not shown on Etsy    11.99
right now

12



**Lauryn Hill Cartoon Unisex Color Shirt To Match Jordan 3 Fear Pack, Shirt In Orange To Match Sneaker**

By PrintsFashions

Status: This listing is inactive and not shown on Etsy right now

USD 11.99



**Lauryn Hill Cartoon Unisex Color Shirt To Match Jordan 4 Thunder, Shirt In Gold To Match Sneaker**

By PrintsFashions

Status: This listing is inactive and not shown on Etsy right now

USD 11.99



**Lauryn Hill Cartoon Unisex Color Shirt To Match Dunk Verdy Visty, Shirt In Light Blue To Match Sneaker**

By PrintsFashions

Status: This listing is inactive and not shown on Etsy right now

USD 11.99



**Lauryn Hill Cartoon Unisex Color Shirt To Match AJ 1 Black Toe Reimagined Red White, Shirt In Red To Match Sneaker**

By PrintsFashions

Status: This listing is inactive and not shown on Etsy right now

USD 11.99



**Lauryn Hill Cartoon Unisex Color Shirt To Match AJ 1 Medium Olive, Shirt In Military Green To Match Sneaker**

By PrintsFashions

Status: This listing is inactive and not shown on Etsy right now

USD 11.99

13



**Lauryn Hill Cartoon Unisex Color Shirt To Match AJ 1
Wolf Grey, Shirt In Sport grey To Match Sneaker**

By PrintsFashions                                          USD
Status: This listing is inactive and not shown on Etsy    11.99
right now



**Lauryn Hill Cartoon Unisex Color Shirt To Match
Dunk Low Ceramic, Shirt In Orange To Match
Sneaker**

By PrintsFashions                                          USD
Status: This listing is inactive and not shown on Etsy    11.99
right now



**Lauryn Hill Cartoon Unisex Color Shirt To Match AJ 3
Burgundy Crush, Shirt In Maron To Match Sneaker**

By PrintsFashions                                          USD
Status: This listing is inactive and not shown on Etsy    11.99
right now



**AJ 1 High OG Green Glow Unisex Shirt, Sweatshirt,
Hoodie, Lauryn Hill, Shirt To Match Sneaker Color
Irish Green**

By PrintsFashions                                          USD
Status: This listing is inactive and not shown on Etsy    11.99
right now



**Lauryn Hill 90s Unisex Color Shirt To Match AJ 3
Burgundy Crush, Shirt In Maron To Match Sneaker**

By PrintsFashions                                          USD
Status: This listing is inactive and not shown on Etsy    11.99
right now



**Jordan 5 Midnight Navy Unisex T-Shirt, Sweatshirt, Hoodie, Lauryn Hill 90s Tees, Shirt In Navy To Match Sneaker**

By PrintsFashions                                          USD

Status: This listing is inactive and not shown on Etsy     11.99
right now



**Jordan 13 Wheat Unisex T-Shirt, Sweatshirt, Hoodie, Lauryn Hill 90s Tees, Shirt In Gold To Match Sneaker**

By PrintsFashions                                          USD

Status: This listing is inactive and not shown on Etsy     11.99
right now



**Jordan 11 Gratitude Unisex T-Shirt, Sweatshirt, Hoodie, Lauryn Hill 90s Tees, Shirt In Sand To Match Sneaker**

By PrintsFashions                                          USD

Status: This listing is inactive and not shown on Etsy     11.99
right now



**Dunk Low Baroque Brown Unisex T-Shirt, Sweatshirt, Hoodie, Lauryn Hill 90s Tees, Shirt In Dark Cholcolate To Match Sneaker**

By PrintsFashions                                          USD

Status: This listing is inactive and not shown on Etsy     11.99
right now



**AJ 6 Reverse Oreo Unisex T-Shirt, Sweatshirt, Hoodie, Lauryn Hill 90s Tees, Shirt In Light Blue To Match Sneaker**

By PrintsFashions                                          USD

Status: This listing is inactive and not shown on Etsy     11.99
right now



**AJ 13 Dune Red Unisex T-Shirt, Sweatshirt, Hoodie, Lauryn Hill 90s Tees, Shirt In Cherry Red To Match Sneaker**

By PrintsFashions

Status: This listing is inactive and not shown on Etsy right now

USD
11.99



**AJ 11 Low Legend Pink Unisex T-Shirt, Sweatshirt, Hoodie, Lauryn Hill 90s Tees, Shirt In Light Pink To Match Sneaker**

By PrintsFashions

Status: This listing is inactive and not shown on Etsy right now

USD
11.99



**AJ 1 Mid Diffused Blue Grey Unisex T-Shirt, Sweatshirt, Hoodie, Lauryn Hill 90s Tees, Shirt In Light Blue To Match Sneaker**

By PrintsFashions

Status: This listing is inactive and not shown on Etsy right now

USD
11.99



**AJ 4 Industrial Blue Unisex Shirt, Sweatshirt, Hoodie, Lauryn Hill, Shirt To Match Sneaker Color Royal**

By PrintsFashions

Status: This listing is inactive and not shown on Etsy right now

USD
11.99



**Custom Dunk Strawberry Waffle Unisex Varsity Jacket, Lauryn Hill Cartoon, Varsity Jacket To Match Sneaker**

By PrintsFashions

Status: This listing is inactive and not shown on Etsy right now

USD
18.99

16



**Custom Jordan 11 Gratitude Unisex Varsity Jacket, Lauryn Hill Cartoon, Varsity Jacket To Match Sneaker**

By PrintsFashions

Status: This listing is inactive and not shown on Etsy right now

USD
18.99



**Custom Jordan 13 Wheat Unisex Varsity Jacket, Lauryn Hill Cartoon, Varsity Jacket To Match Sneaker**

By PrintsFashions

Status: This listing is inactive and not shown on Etsy right now

USD
18.99



**Custom Jordan 5 Midnight Navy Unisex Varsity Jacket, Lauryn Hill Cartoon, Varsity Jacket To Match Sneaker**

By PrintsFashions

Status: This listing is inactive and not shown on Etsy right now

USD
18.99



**Custom Jordan 6 Yellow Ochre Unisex Varsity Jacket, Lauryn Hill Cartoon, Varsity Jacket To Match Sneaker**

By PrintsFashions

Status: This listing is inactive and not shown on Etsy right now

USD
18.99



**Custom Jordan 9 Powder Blue Unisex Varsity Jacket, Lauryn Hill Cartoon, Varsity Jacket To Match Sneaker**

By PrintsFashions

Status: This listing is inactive and not shown on Etsy right now

USD
18.99

17



**Custom VaporMax Plus Midnight Navy White Metallic Silver Unisex Varsity Jacket, Lauryn Hill Cartoon, Varsity Jacket To Match Sneaker**

By PrintsFashions                                    USD
Status: This listing is inactive and not shown on Etsy   18.99
right now



**Custom Jordan 5 Midnight Navy Unisex Varsity Jacket, Lauryn Hill 90s, Varsity Jacket To Match Sneaker**

By PrintsFashions                                    USD
Status: This listing is inactive and not shown on Etsy   18.99
right now



**Custom Jordan 6 Yellow Ochre Unisex Varsity Jacket, Lauryn Hill 90s, Varsity Jacket To Match Sneaker**

By PrintsFashions                                    USD
Status: This listing is inactive and not shown on Etsy   18.99
right now



**Custom Jordan 4 Thunder Unisex Varsity Jacket, Lauryn Hill 90s, Varsity Jacket To Match Sneaker**

By PrintsFashions                                    USD
Status: This listing is inactive and not shown on Etsy   18.99
right now



**Custom Jordan 9 Powder Blue Unisex Varsity Jacket, Lauryn Hill 90s, Varsity Jacket To Match Sneaker**

By PrintsFashions                                    USD
Status: This listing is inactive and not shown on Etsy   18.99
right now



### Custom AJ 1 High OG Green Glow Unisex Varsity Jacket, Lauryn Hill Cartoon, Varsity Jacket To Match Sneaker

By PrintsFashions

Status: This listing is inactive and not shown on Etsy right now

USD 18.99



### Custom AJ 1 Medium Olive Unisex Varsity Jacket, Lauryn Hill Cartoon, Varsity Jacket To Match Sneaker

By PrintsFashions

Status: This listing is inactive and not shown on Etsy right now

USD 18.99



### Custom AJ 1 Low Mocha Unisex Varsity Jacket, Lauryn Hill Cartoon, Varsity Jacket To Match Sneaker

By PrintsFashions

Status: This listing is inactive and not shown on Etsy right now

USD 18.99



### Custom AJ 1 Black Toe Reimagined Red White Unisex Varsity Jacket, Lauryn Hill Cartoon, Varsity Jacket To Match Sneaker

By PrintsFashions

Status: This listing is inactive and not shown on Etsy right now

USD 18.99



### Custom AJ 1 Mid Diffused Blue Grey Unisex Varsity Jacket, Lauryn Hill Cartoon, Varsity Jacket To Match Sneaker

By PrintsFashions

Status: This listing is inactive and not shown on Etsy right now

USD 18.99

19



### Custom AJ 11 Low Diffused Blue Unisex Varsity Jacket, Lauryn Hill Cartoon, Varsity Jacket To Match Sneaker

By PrintsFashions

Status: This listing is inactive and not shown on Etsy right now

USD 18.99



### Custom AJ 11 Low Space Jamz Unisex Varsity Jacket, Lauryn Hill Cartoon, Varsity Jacket To Match Sneaker

By PrintsFashions

Status: This listing is inactive and not shown on Etsy right now

USD 18.99



### Custom AJ 12 Wolf Grey Unisex Varsity Jacket, Lauryn Hill Cartoon, Varsity Jacket To Match Sneaker

By PrintsFashions

Status: This listing is inactive and not shown on Etsy right now

USD 18.99



### Custom AJ 6 Reverse Oreo Unisex Varsity Jacket, Lauryn Hill Cartoon, Varsity Jacket To Match Sneaker

By PrintsFashions

Status: This listing is inactive and not shown on Etsy right now

USD 18.99



### Custom AJ 4 Pari Unisex Varsity Jacket, Lauryn Hill Cartoon, Varsity Jacket To Match Sneaker

By PrintsFashions

Status: This listing is inactive and not shown on Etsy right now

USD 18.99



**Custom Dunk Hyper Royal Malachite Unisex Varsity Jacket, Lauryn Hill Cartoon, Varsity Jacket To Match Sneaker**

By PrintsFashions                                          USD
Status: This listing is inactive and not shown on Etsy    18.99
right now



**Custom AM 90 Dark Sage Solar Red Unisex Varsity Jacket, Lauryn Hill Cartoon, Varsity Jacket To Match Sneaker**

By PrintsFashions                                          USD
Status: This listing is inactive and not shown on Etsy    18.99
right now



**Custom AJ 3 Black Violet Ore Unisex Varsity Jacket, Lauryn Hill 90s, Varsity Jacket To Match Sneaker**

By PrintsFashions                                          USD
Status: This listing is inactive and not shown on Etsy    18.99
right now



**Custom AJ 3 Burgundy Crush Unisex Varsity Jacket, Lauryn Hill 90s, Varsity Jacket To Match Sneaker**

By PrintsFashions                                          USD
Status: This listing is inactive and not shown on Etsy    18.99
right now



**Custom AJ 3 Red Stardust Unisex Varsity Jacket, Lauryn Hill 90s, Varsity Jacket To Match Sneaker**

By PrintsFashions                                          USD
Status: This listing is inactive and not shown on Etsy    18.99
right now

21



### Custom AJ 4 White Thunder Unisex Varsity Jacket, Lauryn Hill 90s, Varsity Jacket To Match Sneaker

By PrintsFashions

Status: This listing is inactive and not shown on Etsy right now

USD 18.99



### Custom AJ 5 MAM Hurricanes Unisex Varsity Jacket, Lauryn Hill 90s, Varsity Jacket To Match Sneaker

By PrintsFashions

Status: This listing is inactive and not shown on Etsy right now

USD 18.99



### Custom AJ 6 Reverse Oreo Unisex Varsity Jacket, Lauryn Hill 90s, Varsity Jacket To Match Sneaker

By PrintsFashions

Status: This listing is inactive and not shown on Etsy right now

USD 18.99



### Custom Dunk Low Baroque Brown Unisex Varsity Jacket, Lauryn Hill 90s, Varsity Jacket To Match Sneaker

By PrintsFashions

Status: This listing is inactive and not shown on Etsy right now

USD 18.99



### Custom AJ 6 Pari Unisex Varsity Jacket, Lauryn Hill 90s, Varsity Jacket To Match Sneaker

By PrintsFashions

Status: This listing is inactive and not shown on Etsy right now

USD 18.99

22



**AJ 5 Nina Donmatex T Shirt Sweatshirt Hoodie, Lauryn Hill 90s Tees, Shirt In Irish Green To Match Sneaker**

By PrintsFashions
Status: This listing is inactive and not shown on Etsy right now

USD
11.99



**Lauryn Hill Cartoon Unisex Color Shirt To Match Jordan 6 Yellow Ochre, Shirt In Gold To Match Sneaker**

By PrintsFashions
Status: This listing is inactive and not shown on Etsy right now

USD
11.99



**Lauryn Hill Cartoon Unisex Color Shirt To Match Jordan 5 Olive, Shirt In Military Green To Match Sneaker**

By PrintsFashions
Status: This listing is inactive and not shown on Etsy right now

USD
11.99



**Lauryn Hill Cartoon Unisex Color Shirt To Match AJ 1 First In Flight, Shirt In Light Blue To Match Sneaker**

By PrintsFashions
Status: This listing is inactive and not shown on Etsy right now

USD
11.99



**Lauryn Hill Cartoon Unisex Color Shirt To Match AJ 12 Wolf Grey, Shirt In Sport Grey To Match Sneaker**

By PrintsFashions
Status: This listing is inactive and not shown on Etsy right now

USD
11.99



**Lauryn Hill Cartoon Unisex Color Shirt To Match AJ 11 Low Legend Pink, Shirt In Light Pink To Match Sneaker**

By PrintsFashions

Status: This listing is inactive and not shown on Etsy right now

USD 11.99



**Lauryn Hill Cartoon Unisex Color Shirt To Match AJ 12 Retro Red Taxi, Shirt In Cherry Red To Match Sneaker**

By PrintsFashions

Status: This listing is inactive and not shown on Etsy right now

USD 11.99



**Lauryn Hill Cartoon Unisex Color Shirt To Match AJ 5 SE Sail, Shirt In Sand To Match Sneaker**

By PrintsFashions

Status: This listing is inactive and not shown on Etsy right now

USD 11.99



**Lauryn Hill Cartoon Unisex Color Shirt To Match AJ 5 MAM Hurricanes, Shirt In Orange To Match Sneaker**

By PrintsFashions

Status: This listing is inactive and not shown on Etsy right now

USD 11.99



**Lauryn Hill Cartoon Unisex Color Shirt To Match AJ 3 Red Stardust, Shirt In Light Pink To Match Sneaker**

By PrintsFashions

Status: This listing is inactive and not shown on Etsy right now

USD 11.99



**Lauryn Hill Cartoon Unisex Color Shirt To Match AJ 4 Industrial Blue, Shirt In Royal To Match Sneaker**

By PrintsFashions

Status: This listing is inactive and not shown on Etsy right now

USD 11.99



**Lauryn Hill Cartoon Unisex Color Shirt To Match AJ 3 Nina CN Abney, Shirt In Irish Green To Match Sneaker**

By PrintsFashions

Status: This listing is inactive and not shown on Etsy right now

USD 11.99



**Lauryn Hill Cartoon Unisex Color Shirt To Match AJ 3 Black Violet Ore, Shirt In Sand To Match Sneaker**

By PrintsFashions

Status: This listing is inactive and not shown on Etsy right now

USD 11.99





**AJ 11 Low Diffused Blue Unisex T-Shirt, Sweatshirt, Hoodie, Lauryn Hill 90s Tees, Shirt In Navy To Match Sneaker**

By PrintsFashions

Status: This listing is inactive and not shown on Etsy right now

USD 11.99





### Lauryn Hill 90s Unisex Color Shirt To Match AJ 12 Wolf Grey, Shirt In Sport Grey To Match Sneaker

By PrintsFashions

Status: This listing is inactive and not shown on Etsy right now

USD 11.99

### Lauryn Hill 90s Unisex Color Shirt To Match AJ 17 Carolina Blue Univercitii, Shirt In Blue To Match Sneaker

By PrintsFashions

Status: This listing is inactive and not shown on Etsy right now

USD 11.99



### Lauryn Hill 90s Unisex Color Shirt To Match AJ 1 Medium Olive, Shirt In Military Green To Match Sneaker

By PrintsFashions

Status: This listing is inactive and not shown on Etsy right now

USD 11.99



### Lauryn Hill 90s Unisex Color Shirt To Match AJ 1 Low Mocha, Shirt In Sand To Match Sneaker

By PrintsFashions

Status: This listing is inactive and not shown on Etsy right now

USD 11.99



### Jordan 6 Yellow Ochre Unisex T-Shirt, Sweatshirt, Hoodie, Lauryn Hill 90s Tees, Shirt In Gold To Match Sneaker

By PrintsFashions

Status: This listing is inactive and not shown on Etsy right now

USD 11.99

26



Jordan 3 Fear Pack Unisex T-Shirt, Sweatshirt, Hoodie, Lauryn Hill 90s Tees, Shirt In Orange To Match Sneaker

By PrintsFashions
Status: This listing is inactive and not shown on Etsy right now

USD 11.99



Dunk Low Knicks Unisex T-Shirt, Sweatshirt, Hoodie, Lauryn Hill 90s Tees, Shirt In Orange To Match Sneaker

By PrintsFashions
Status: This listing is inactive and not shown on Etsy right now

USD 11.99



AJ 5 MAM Hurricanes Unisex T-Shirt, Sweatshirt, Hoodie, Lauryn Hill 90s Tees, Shirt In Orange To Match Sneaker

By PrintsFashions
Status: This listing is inactive and not shown on Etsy right now

USD 11.99



AJ 4 Vivid Sulfur Unisex T-Shirt, Sweatshirt, Hoodie, Lauryn Hill 90s Tees, Shirt In Gold To Match Sneaker

By PrintsFashions
Status: This listing is inactive and not shown on Etsy right now

USD 11.99



AJ 4 Oxidized Green Unisex T-Shirt, Sweatshirt, Hoodie, Lauryn Hill 90s Tees, Shirt In Forest Green To Match Sneaker

By PrintsFashions
Status: This listing is inactive and not shown on Etsy right now

USD 11.99

27



### AJ 3 Cement Grey Unisex T-Shirt, Sweatshirt, Hoodie, Lauryn Hill 90s Tees, Shirt In Ash Grey To Match Sneaker

By PrintsFashions

Status: This listing is inactive and not shown on Etsy right now

USD
11.99



### AJ 1 Wolf Grey Unisex T-Shirt, Sweatshirt, Hoodie, Lauryn Hill 90s Tees, Shirt In Ash Grey To Match Sneaker

By PrintsFashions

Status: This listing is inactive and not shown on Etsy right now

USD
11.99



### AJ 11 Low Space Jamz Unisex T-Shirt, Sweatshirt, Hoodie, Lauryn Hill 90s Tees, Shirt In Light Blue To Match Sneaker

By PrintsFashions

Status: This listing is inactive and not shown on Etsy right now

USD
11.99



### AJ 3 Georgia Peach Unisex Shirt, Sweatshirt, Hoodie, Lauryn Hill, Shirt To Match Sneaker Color Orange

By PrintsFashions

Status: This listing is inactive and not shown on Etsy right now

USD
11.99



### AM 1 86 Jackie RBS Unisex Shirt, Sweatshirt, Hoodie, Lauryn Hill, Shirt To Match Sneaker Color Navy

By PrintsFashions

Status: This listing is inactive and not shown on Etsy right now

USD
11.99



### Lauryn Hill Cartoon Unisex Color Shirt To Match AJ 4 Orchid Neutral Grey Black White, Shirt In Light Pink To Match Sneaker

By PrintsFashions

Status: This listing is inactive and not shown on Etsy right now

USD
11.99



### Custom AJ 4 White Thunder Unisex Varsity Jacket, Lauryn Hill Cartoon, Varsity Jacket To Match Sneaker

By PrintsFashions

Status: This listing is inactive and not shown on Etsy right now

USD
18.99



### Custom AJ 3 Red Stardust Unisex Varsity Jacket, Lauryn Hill Cartoon, Varsity Jacket To Match Sneaker

By PrintsFashions

Status: This listing is inactive and not shown on Etsy right now

USD
18.99



### Custom AM 1 Essential Premium Cargo Khaki Neutral Olive Cacao Wow Unisex Varsity Jacket, Lauryn Hill Cartoon, Varsity To Match Sneaker

By PrintsFashions

Status: This listing is inactive and not shown on Etsy right now

USD 18.99



### Custom Jordan 3 Fear Pack Unisex Varsity Jacket, Lauryn Hill Cartoon, Varsity Jacket To Match Sneaker

By PrintsFashions

Status: This listing is inactive and not shown on Etsy right now

USD 18.99



### Custom Jordan 4 Thunder Unisex Varsity Jacket, Lauryn Hill Cartoon, Varsity Jacket To Match Sneaker

By PrintsFashions

Status: This listing is inactive and not shown on Etsy right now

USD 18.99



### Custom Jordan 3 Fear Pack Unisex Varsity Jacket, Lauryn Hill 90s, Varsity Jacket To Match Sneaker

By PrintsFashions

Status: This listing is inactive and not shown on Etsy right now

USD 18.99



### Custom AJ 1 First In Flight Unisex Varsity Jacket, Lauryn Hill Cartoon, Varsity Jacket To Match Sneaker

By PrintsFashions

Status: This listing is inactive and not shown on Etsy right now

USD 18.99



### Custom AJ 1 High White Team Red Unisex Varsity Jacket, Lauryn Hill Cartoon, Varsity Jacket To Match Sneaker

By PrintsFashions

Status: This listing is inactive and not shown on Etsy right now

USD
18.99



### Custom AJ 1 Wolf Grey Unisex Varsity Jacket, Lauryn Hill Cartoon, Varsity Jacket To Match Sneaker

By PrintsFashions

Status: This listing is inactive and not shown on Etsy right now

USD
18.99



### Custom AJ 12 Retro Red Taxi Unisex Varsity Jacket, Lauryn Hill Cartoon, Varsity Jacket To Match Sneaker

By PrintsFashions

Status: This listing is inactive and not shown on Etsy right now

USD
18.99



### Custom AJ 3 Burgundy Crush Unisex Varsity Jacket, Lauryn Hill Cartoon, Varsity Jacket To Match Sneaker

By PrintsFashions

Status: This listing is inactive and not shown on Etsy right now

USD
18.99



### Custom AJ 4 Oxidized Green Unisex Varsity Jacket, Lauryn Hill Cartoon, Varsity Jacket To Match Sneaker

By PrintsFashions

Status: This listing is inactive and not shown on Etsy right now

USD
18.99



**Custom AJ 5 MAM Hurricanes Unisex Varsity Jacket, Lauryn Hill Cartoon, Varsity Jacket To Match Sneaker**

By PrintsFashions

Status: This listing is inactive and not shown on Etsy right now

USD 18.99



**Custom AJ 6 White Navy Unisex Varsity Jacket, Lauryn Hill Cartoon, Varsity Jacket To Match Sneaker**

By PrintsFashions

Status: This listing is inactive and not shown on Etsy right now

USD 18.99



**Custom AJ 1 First In Flight Unisex Varsity Jacket, Lauryn Hill 90s, Varsity Jacket To Match Sneaker**

By PrintsFashions

Status: This listing is inactive and not shown on Etsy right now

USD 18.99



**Custom AJ 1 High OG Green Glow Unisex Varsity Jacket, Lauryn Hill 90s, Varsity Jacket To Match Sneaker**

By PrintsFashions

Status: This listing is inactive and not shown on Etsy right now

USD 18.99



**Custom AJ 1 Low Mocha Unisex Varsity Jacket, Lauryn Hill 90s, Varsity Jacket To Match Sneaker**

By PrintsFashions

Status: This listing is inactive and not shown on Etsy right now

USD 18.99



**Custom AJ 12 Retro Red Taxi Unisex Varsity Jacket, Lauryn Hill 90s, Varsity Jacket To Match Sneaker**

By PrintsFashions                                                    USD

Status: This listing is inactive and not shown on Etsy      18.99
right now



**Custom AJ 1 Wolf Grey Unisex Varsity Jacket, Lauryn Hill 90s, Varsity Jacket To Match Sneaker**

By PrintsFashions                                                    USD

Status: This listing is inactive and not shown on Etsy      18.99
right now



**Custom AJ 11 Low Diffused Blue Unisex Varsity Jacket, Lauryn Hill 90s, Varsity Jacket To Match Sneaker**

By PrintsFashions                                                    USD

Status: This listing is inactive and not shown on Etsy      18.99
right now

**Custom AJ 11 Low Space Jamz Unisex Varsity Jacket, Lauryn Hill 90s, Varsity Jacket To Match Sneaker**

By PrintsFashions                                                    USD

Status: This listing is inactive and not shown on Etsy      18.99
right now



**Custom AJ 17 Carolina Blue Univercitii Unisex Varsity Jacket, Lauryn Hill 90s, Varsity Jacket To Match Sneaker**

By PrintsFashions                                                    USD

Status: This listing is inactive and not shown on Etsy      18.99
right now



**Custom AJ 4 Industrial Blue Unisex Varsity Jacket, Lauryn Hill 90s, Varsity Jacket To Match Sneaker**

By PrintsFashions
Status: This listing is inactive and not shown on Etsy right now

USD
18.99



**Custom AJ 4 Vivid Sulfur Unisex Varsity Jacket, Lauryn Hill 90s, Varsity Jacket To Match Sneaker**

By PrintsFashions
Status: This listing is inactive and not shown on Etsy right now

USD
18.99



**Custom AJ 4 Oxidized Green Unisex Varsity Jacket, Lauryn Hill 90s, Varsity Jacket To Match Sneaker**

By PrintsFashions
Status: This listing is inactive and not shown on Etsy right now

USD
18.99



**Custom Jordan 11 Gratitude Unisex Varsity Jacket, Lauryn Hill 90s, Varsity Jacket To Match Sneaker**

By PrintsFashions
Status: This listing is inactive and not shown on Etsy right now

USD
18.99



**Lauryn Hill Cartoon Unisex Color Shirt To Match Jordan 13 Wheat, Shirt In Gold To Match Sneaker**

By PrintsFashions                                       USD
Status: This listing is inactive and not shown on Etsy    11.99
right now



**Lauryn Hill Cartoon Unisex Color Shirt To Match Jordan 3 Green Glow, Shirt In Irish Green To Match Sneaker**

By PrintsFashions                                       USD
Status: This listing is inactive and not shown on Etsy    11.99
right now



**Lauryn Hill Cartoon Unisex Color Shirt To Match Jordan 5 Lucky Green, Shirt In Irish Green To Match Sneaker**

By PrintsFashions                                       USD
Status: This listing is inactive and not shown on Etsy    11.99
right now



**Lauryn Hill Cartoon Unisex Color Shirt To Match VaporMax Plus Midnight Navy White Metallic Silver, Shirt In Navy To Match Sneaker**

By PrintsFashions                                       USD
Status: This listing is inactive and not shown on Etsy    11.99
right now



**Lauryn Hill Cartoon Unisex Color Shirt To Match Jordan 9 Powder Blue, Shirt In Light Blue To Match Sneaker**

By PrintsFashions                                       USD
Status: This listing is inactive and not shown on Etsy    11.99
right now



**Lauryn Hill Cartoon Unisex Color Shirt To Match AJ 1 High White Team Red, Shirt In Maron To Match Sneaker**

By PrintsFashions

Status: This listing is inactive and not shown on Etsy right now

USD 11.99



**Lauryn Hill Cartoon Unisex Color Shirt To Match AJ 11 Low Diffused Blue, Shirt In Navy To Match Sneaker**

By PrintsFashions

Status: This listing is inactive and not shown on Etsy right now

USD 11.99



**Lauryn Hill Cartoon Unisex Color Shirt To Match AJ 1 Mid Diffused Blue Grey, Shirt In Light Blue To Match Sneaker**

By PrintsFashions

Status: This listing is inactive and not shown on Etsy right now

USD 11.99



**Lauryn Hill Cartoon Unisex Color Shirt To Match AJ 1 Low Mocha, Shirt In Sand To Match Sneaker**

By PrintsFashions

Status: This listing is inactive and not shown on Etsy right now

USD 11.99



**Lauryn Hill Cartoon Unisex Color Shirt To Match AJ 6 Pari, Shirt In Sport grey To Match Sneaker**

By PrintsFashions

Status: This listing is inactive and not shown on Etsy right now

USD 11.99

36



**Lauryn Hill Cartoon Unisex Color Shirt To Match Dunk Low Baroque Brown, Shirt In Dark Cholcolate To Match Sneaker**

By PrintsFashions
Status: This listing is inactive and not shown on Etsy right now

USD
11.99



**Lauryn Hill Cartoon Unisex Color Shirt To Match AJ 13 Dune Red, Shirt In Cherry Red To Match Sneaker**

By PrintsFashions
Status: This listing is inactive and not shown on Etsy right now

USD
11.99



**Lauryn Hill 90s Unisex Color Shirt To Match AJ 3 Black Violet Ore, Shirt In Sand To Match Sneaker**

By PrintsFashions
Status: This listing is inactive and not shown on Etsy right now

USD
11.99



**Lauryn Hill 90s Unisex Color Shirt To Match AJ 1 First In Flight, Shirt In Light Blue To Match Sneaker**

By PrintsFashions
Status: This listing is inactive and not shown on Etsy right now

USD
11.99



**Jordan 9 Powder Blue Unisex T-Shirt, Sweatshirt, Hoodie, Lauryn Hill 90s Tees, Shirt In Light Blue To Match Sneaker**

By PrintsFashions
Status: This listing is inactive and not shown on Etsy right now

USD
11.99

37



**Jordan 5 Lucky Green Unisex T-Shirt, Sweatshirt, Hoodie, Lauryn Hill 90s Tees, Shirt In Irish Green To Match Sneaker**

By PrintsFashions

USD 11.99

Status: This listing is inactive and not shown on Etsy right now



**Jordan 3 Green Glow Unisex T-Shirt, Sweatshirt, Hoodie, Lauryn Hill 90s Tees, Shirt In Irish Green To Match Sneaker**

By PrintsFashions

USD 11.99

Status: This listing is inactive and not shown on Etsy right now



**Jordan 4 Thunder Unisex T-Shirt, Sweatshirt, Hoodie, Lauryn Hill 90s Tees, Shirt In Gold To Match Sneaker**

By PrintsFashions

USD 11.99

Status: This listing is inactive and not shown on Etsy right now



**AJ 6 Pari Unisex T-Shirt, Sweatshirt, Hoodie, Lauryn Hill 90s Tees, Shirt In Ash Grey To Match Sneaker**

By PrintsFashions

USD 11.99

Status: This listing is inactive and not shown on Etsy right now



**AJ 3 Red Stardust Unisex T-Shirt, Sweatshirt, Hoodie, Lauryn Hill 90s Tees, Shirt In Light Pink To Match Sneaker**

By PrintsFashions

USD 11.99

Status: This listing is inactive and not shown on Etsy right now



### AJ 12 Retro Red Taxi Unisex T-Shirt, Sweatshirt, Hoodie, Lauryn Hill 90s Tees, Shirt In Cherry Red To Match Sneaker

By PrintsFashions

Status: This listing is inactive and not shown on Etsy right now

USD
11.99



### AJ 1 High White Team Red Unisex T-Shirt, Sweatshirt, Hoodie, Lauryn Hill 90s Tees, Shirt In Maron To Match Sneaker

By PrintsFashions

Status: This listing is inactive and not shown on Etsy right now

USD
11.99



### AJ 1 High OG Green Glow Unisex T-Shirt, Sweatshirt, Hoodie, Lauryn Hill 90s Tees, Shirt In Irish Green To Match Sneaker

By PrintsFashions

Status: This listing is inactive and not shown on Etsy right now

USD
11.99



### Jordan 5 Olive Unisex T-Shirt, Sweatshirt, Hoodie, Lauryn Hill 90s Tees, Shirt In Military Green To Match Sneaker

By PrintsFashions

Status: This listing is inactive and not shown on Etsy right now

USD
11.99



### Custom Jordan 3 Green Glow Unisex Varsity Jacket, Lauryn Hill 90s, Varsity Jacket To Match Sneaker

By PrintsFashions

Status: This listing is inactive and not shown on Etsy right now

USD
18.99



**Custom AJ 4 Vivid Sulfur Unisex Varsity Jacket, Lauryn Hill Cartoon, Varsity Jacket To Match Sneaker**

By PrintsFashions
Status: This listing is inactive and not shown on Etsy right now

USD
18.99



**Custom Dunk Low Knicks Unisex Varsity Jacket, Lauryn Hill Cartoon, Varsity Jacket To Match Sneaker**

By PrintsFashions
Status: This listing is inactive and not shown on Etsy right now

USD
18.99



**Custom Jordan 5 Lucky Green Unisex Varsity Jacket, Lauryn Hill Cartoon, Varsity Jacket To Match Sneaker**

By PrintsFashions
Status: This listing is inactive and not shown on Etsy right now

USD
18.99



**Custom Jordan 5 Lucky Green Unisex Varsity Jacket, Lauryn Hill 90s, Varsity Jacket To Match Sneaker**

By PrintsFashions
Status: This listing is inactive and not shown on Etsy right now

USD
18.99



**Custom AJ 11 Low Legend Pink Unisex Varsity Jacket, Lauryn Hill Cartoon, Varsity Jacket To Match Sneaker**

By PrintsFashions
Status: This listing is inactive and not shown on Etsy right now

USD
18.99



### Custom AJ 17 Carolina Blue Univercith Unisex Varsity Jacket, Lauryn Hill Cartoon, Varsity Jacket To Match Sneaker

By PrintsFashions

Status: This listing is inactive and not shown on Etsy right now

USD 18.99



### Custom AJ 6 Pari Unisex Varsity Jacket, Lauryn Hill Cartoon, Varsity Jacket To Match Sneaker

By PrintsFashions

Status: This listing is inactive and not shown on Etsy right now

USD 18.99



### Custom AJ 1 Medium Olive Unisex Varsity Jacket, Lauryn Hill 90s, Varsity Jacket To Match Sneaker

By PrintsFashions

Status: This listing is inactive and not shown on Etsy right now

USD 18.99



### Custom AJ 3 Nina CN Abney Unisex Varsity Jacket, Lauryn Hill 90s, Varsity Jacket To Match Sneaker

By PrintsFashions

Status: This listing is inactive and not shown on Etsy right now

USD 18.99



### Custom AJ 3 Cement Grey Unisex Varsity Jacket, Lauryn Hill 90s, Varsity Jacket To Match Sneaker

By PrintsFashions

Status: This listing is inactive and not shown on Etsy right now

USD 18.99



**Custom AJ 4 Pari Unisex Varsity Jacket, Lauryn Hill 90s, Varsity Jacket To Match Sneaker**

By PrintsFashions                                    USD
Status: This listing is inactive and not shown on Etsy    18.99
right now



**Custom AJ 5 SE Sail Unisex Varsity Jacket, Lauryn Hill 90s, Varsity Jacket To Match Sneaker**

By PrintsFashions                                    USD
Status: This listing is inactive and not shown on Etsy    18.99
right now



**Custom AJ 6 White Navy Unisex Varsity Jacket, Lauryn Hill 90s, Varsity Jacket To Match Sneaker**

By PrintsFashions                                    USD
Status: This listing is inactive and not shown on Etsy    18.99
right now



**Custom Jordan 13 Wheat Unisex Varsity Jacket, Lauryn Hill 90s, Varsity Jacket To Match Sneaker**

By PrintsFashions                                    USD
Status: This listing is inactive and not shown on Etsy    18.99
right now



**Lauryn Hill Cartoon Unisex Color Shirt To Match AJ 4 Oxidized Green, Shirt In Forest Green To Match Sneaker**

By PrintsFashions                                    USD
Status: This listing is inactive and not shown on Etsy    11.99
right now



**Lauryn Hill Cartoon Unisex Color Shirt To Match AJ 4 Pari, Shirt In Dark Heather To Match Sneaker**

By PrintsFashions                                                    USD
Status: This listing is inactive and not shown on Etsy    11.99
right now



**Lauryn Hill Cartoon Unisex Color Shirt To Match Jordan 11 Gratitude, Shirt In Sand To Match Sneaker**

By PrintsFashions                                                    USD
Status: This listing is inactive and not shown on Etsy    11.99
right now



**Lauryn Hill Cartoon Unisex Color Shirt To Match Jordan 5 Midnight Navy, Shirt In Navy To Match Sneaker**

By PrIntsFashIons                                                    USD
Status: This listing is inactive and not shown on Etsy    11,99
right now



**Lauryn Hill Cartoon Unisex Color Shirt To Match Dunk Strawberry Waffle, Shirt In Sand To Match Sneaker**

By PrintsFashions                                                    USD
Status: This listing is inactive and not shown on Etsy    11.99
right now



**Lauryn Hill Cartoon Unisex Shirt To Match AM 1 Essential Premium Cargo Khaki Neutral Olive Cacao Wow, Shirt In Military Green Match Sneaker**

By PrintsFashions                                                    USD
Status: This listing is inactive and not shown on Etsy    11.99
right now

43



**Lauryn Hill Cartoon Unisex Color Shirt To Match AJ 1 High OG Green Glow, Shirt In Irish Green To Match Sneaker**

By PrintsFashions
Status: This listing is inactive and not shown on Etsy right now

USD
11.99



**Lauryn Hill Cartoon Unisex Color Shirt To Match AJ 11 Low Space Jamz, Shirt In Light Blue To Match Sneaker**

By PrintsFashions
Status: This listing is inactive and not shown on Etsy right now

USD
11.99



**Lauryn Hill Cartoon Unisex Color Shirt To Match Dunk Low Knicks, Shirt In Orange To Match Sneaker**

By PrintsFashions
Status: This listing is inactive and not shown on Etsy right now

USD
11.99



**Lauryn Hill Cartoon Unisex Color Shirt To Match AJ 6 White Navy, Shirt In Navy To Match Sneaker**

By PrintsFashions
Status: This listing is inactive and not shown on Etsy right now

USD
11.99



**Lauryn Hill Cartoon Unisex Color Shirt To Match Dunk Low Glacier Blue Arctic Orange, Shirt In Light Pink To Match Sneaker**

By PrintsFashions
Status: This listing is inactive and not shown on Etsy right now

USD
11.99

44



**Lauryn Hill Cartoon Unisex Color Shirt To Match AM 90 Dark Sage Solar Red, Shirt In Red To Match Sneaker**

By PrintsFashions

Status: This listing is inactive and not shown on Etsy right now

USD
11.99



**Lauryn Hill Cartoon Unisex Color Shirt To Match AJ 6 Reverse Oreo, Shirt In Light Blue To Match Sneaker**

By PrintsFashions

Status: This listing is inactive and not shown on Etsy right now

USD
11.99



**Lauryn Hill Cartoon Unisex Color Shirt To Match Dunk Hyper Royal Malachite, Shirt In Royal To Match Sneaker**

By PrintsFashions

Status: This listing is inactive and not shown on Etsy right now

USD
11.99



**Lauryn Hill Cartoon Unisex Color Shirt To Match AJ 3 Cement Grey, Shirt In Sport grey To Match Sneaker**

By PrintsFashions

Status: This listing is inactive and not shown on Etsy right now

USD
11.99



**Lauryn Hill Cartoon Unisex Color Shirt To Match AJ 17 Carolina Blue Univercitii, Shirt In Blue To Match Sneaker**

By PrintsFashions

Status: This listing is inactive and not shown on Etsy right now

USD
11.99



**Lauryn Hill Cartoon Unisex Color Shirt To Match AJ 4 White Thunder, Shirt In Sport grey To Match Sneaker**

By PrintsFashions                                                    USD
Status: This listing is inactive and not shown on Etsy    11.99
right now



**AJ 4 Oxidized Green Unisex Shirt, Sweatshirt, Hoodie, Lauryn Hill, Shirt To Match Sneaker Color Forest Green**

By PrintsFashions                                                    USD
Status: This listing is inactive and not shown on Etsy    11.99
right now





**AJ 4 Industrial Blue Unisex T-Shirt, Sweatshirt, Hoodie, Lauryn Hill 90s Tees, Shirt In Royal To Match Sneaker**

By PrintsFashions                                                    USD
Status: This listing is inactive and not shown on Etsy    11.99
right now



**AJ 6 White Navy Unisex T-Shirt, Sweatshirt, Hoodie, Lauryn Hill 90s Tees, Shirt In Navy To Match Sneaker**

By PrintsFashions                                                    USD
Status: This listing is inactive and not shown on Etsy    11.99
right now



**AJ 5 SE Sail Unisex T-Shirt, Sweatshirt, Hoodie, Lauryn Hill 90s Tees, Shirt In Sand To Match Sneaker**

By PrintsFashions

Status: This listing is inactive and not shown on Etsy right now

USD 11.99



**AJ 4 White Thunder Unisex T-Shirt, Sweatshirt, Hoodie, Lauryn Hill 90s Tees, Shirt In Ash Grey To Match Sneaker**

By PrintsFashions

Status: This listing is inactive and not shown on Etsy right now

USD 11.99





**KB 8 Protro Venice Beach Unisex Shirt, Sweatshirt, Hoodie, Lauryn Hill, Shirt To Match Sneaker Color Ash Grey**

By PrintsFashions

Status: This listing is inactive and not shown on Etsy right now

USD 11.99