**EXHIBIT D**



Nneka Jackson &lt;nneka@rockstonelegal.com&gt;

---

### We've received a counter notice

**Etsy Legal** &lt;trust-and-safety@etsy.com&gt;  Thu, Oct 17, 2024 at 9:20 AM
Reply-To: Etsy Legal &lt;trust-and-safety@etsy.com&gt;
To: nneka@rockstonelegal.com

# Etsy

## Dear Nneka Jackson,

On October 14, 2024 you provided Etsy with notice of alleged copyright infringement. We're notifying you that Etsy received the following counter notice, as set forth by the DMCA and our Intellectual Property Policy.

Unless you notify us of a court action seeking a court order against the allegedly infringing member, the member may reactivate or repost the material specified in the counter notice in 10 business days, on October 31, 2024. Since Etsy is a venue, we're not in a position to make legal determinations on infringement allegations or take sides in these matters.
Below is a copy of the counter notice for your records:

### Member's information

| | |
|---|---|
| **Name** | Anthony Palanza |
| **Country** | United States |
| **Address** | 35 Julia Dr |
| **City** | DOVER |
| **State** | New Hampshire |
| **Postal code** | 03820 |
| **Email** | anthonypalanza@hotmail.com |
| **Phone number** | 6038244859 |

48

## Material Being Countered

1792422720
1793980572
1793980568
1793980544
1808184757
1808184709
1806623981
1792422604
1806623985
1806623991
1806623937
1792422552
1792422546
1791880118
1791880068
1806080115
1791880076
1806080107
1791879966
1805101849
1790902868
1805101805
1790441246
1804121803
1804121733
1789920692
1789920534
1804121629
1707704940
1780175552
1789907823
1789907929
1775710282
1789908035
1789908043
1775710578

49

1775710658
1789908423
1707141436
1792422716
1808184767
1793980524
1793980504
1808184707
1808184703
1793980460
1806624107
1806624089
1792422710
1806624075
1792422654
1806624039
1792422652
1792422660
1792422650
1792422648
1806623999
1792422608
1792422558
1806623951
1792422554
1806623941
1806080085
1791880032
1791880022
1791879982
1806080031
1791879974
1806080025
1791879976
1789908243
1790902858
1790902860
1804121797
1789920678
1804121717

50

1789920680
1789920536
1804121617
1789920604
1804121623
1789920606
1789920610
1789908347
1780175566
1794375137
1780175570
1794375221
1775710182
1789907925
1775710376
1789908149
1775710472
1789908159
1775710570
1775710668
1775710652
1721890617
1707141078
1789920602
1793980556
1793980564
1808184775
1793980514
1808184755
1806624103
1806624045
1806624041
1806624035
1806623997
1806623983
1792422602
1806623945
1792422556
1791880124
1791880122

51

1806080123
1806080111
1791880082
1791880080
1806080109
1791880042
1791880024
1806080077
1791880020
1806080023
1790902916
1790902866
1805101801
1790441242
1790441248
1789920770
1789920690
1789920694
1804121735
1789920542
1789920540
1804121703
1780175568
1794375223
1775710180
1775710190
1775710268
1775710264
1775710384
1775710558
1775710648
1789908427
1789908433
1789907821
1792422714
1793980562
1793980534
1808184753
1792422708
1806624023

52

1806623987
1792422560
1791880088
1791880026
1791880028
1806080081
1806080029
1806080027
1806080021
1790902964
1790902962
1790902924
1805101797
1790441244
1804642187
1789920778
1789920686
1789920532
1804121561
1804121553
1804121559
1804121557
1789920538
1804121625
1804121631
1789920598
1707141228
1775710556
1775710374
1775710464
1775710466
1707140876

**By submitting the counter notice, the member agreed to the following statements and provided their signature.**

I swear under penalty of perjury that I have a good faith belief that the

53

material was removed or disabled by mistake or because of misidentification of the material.

I consent to the jurisdiction of Federal Court for the judicial district in which I am located, or if my address is outside of the United States, for any judicial district in which Etsy is located, and that I will accept service of process from the person who provided the original notification or an agent of such person.

Thank you,
Etsy Legal

This is a confidential matter, and Etsy requests that you not discuss this issue in the Etsy Forums or otherwise violate the confidential nature of this email. This communication is not legal advice or legal representation. For legal help, please consult an attorney.

If you live in North America or South America, this email is sent by Etsy, Inc., 117 Adams Street, Brooklyn, NY 11201, USA; if you live elsewhere, this email is sent by Etsy Ireland UC, a subsidiary of Etsy, Inc., One Le Pole Square, Ship Street Great, Dublin 8, D08 E6PD, Ireland having company registration number 495696 and VAT registration number IE9777587C. You are receiving this email because you registered on Etsy.com with this email address.

Copyright © 2024 Etsy, Inc, an affiliate of Etsy Ireland UC. All rights reserved.

54